**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Thomas Floyd LITTLEJOHN,
Defendant—Appellant.**

**No. 09–8187.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Thomas Floyd Littlejohn, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM: ·

Thomas Floyd Littlejohn appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. *See United States v. Stewart,* 595 F.3d 197, 200 (4th Cir.2010). Accordingly, we affirm the district court's

order for the reasons stated there. *See United States v. Littlejohn,* No. 1:90–cr–00231–MR–DL (W.D.N.C. Aug. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*